**Motion Denied; Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 12, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00640-CR

————————

**IN RE ROLAND RAY DONATTO, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1203417-A**

---

## M E M O R A N D U M   O P I N I O N

On July 11, 2012, relator Roland Ray Donatto filed a petition for writ of mandamus in this court and a motion for emergency stay.  *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52.  Relator complains that respondent, the Honorable Susan Brown, presiding judge of the 185th District Court of Harris County, filed the State's motion to revoke his community supervision and directed the clerk to issue capias for his arrest.

To be entitled to mandamus relief in a criminal case, a relator must show that he has no adequate remedy at law to redress his alleged harm, and that what he seeks to compel is a ministerial act not involving a discretionary or judicial decision. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig. proceeding). Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and motion for emergency stay.


PER CURIAM

Panel consists of Justices Frost, Boyce, and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b).